For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Barbara PERDEE, Appellant.**

No. WD 73838.

Missouri Court of Appeals, Western District.

June 29, 2012.

Sue Crane, Fulton, MO, for Appellant.

Casey Clevenger, Fulton, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., JAMES M. SMART, JR., and GARY D. WITT, JJ.

**ORDER**

PER CURIAM:

Ms. Barbara Perdee appeals a conviction for driving while intoxicated, section 577.010.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Peter G. KUHNS, Appellant.**

No. WD 74087.

Missouri Court of Appeals, Western District.

June 29, 2012.

Rebecca J. Thomas, St. Joseph, MO, for respondent.

Matthew J. O'Connor, Kansas City, MO, for appellant.

Before Division Three: THOMAS H. NEWTON, Presiding Judge, JAMES M. SMART, JR., Judge and GARY D. WITT, Judge.

**ORDER**

PER CURIAM:

Peter Kuhns was convicted after a bench trial in Buchanan County Circuit Court of careless and imprudent driving, Section 304.012 (RSMo 2000). For reasons explained in a memorandum provided to the parties, we find no error and affirm the judgment of conviction. Rule 30.25(b).